UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                                        Case No. 11-cr-41-PB

**Claudio Silva**

### O R D E R

The defendant has moved through counsel to continue the October 4, 2011 trial in the above case, citing the need for additional time to prepare for trial following the cancellation of the September 29, 2011 plea hearing and defendant's intent to now proceed to trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 4, 2011 to December 6, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best

interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on November 22, 2011 at 3:00 p.m.

There will be no further continuances allowed in this case.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

September 29, 2011

cc:  Terry Ollila, AUSA
     Jeffrey S. Levin, Esq.
     United States Marshal
     United States Probation